| | |
|---|---|
| 1 | RENE L. VALLADARES |
| | Federal Public Defender |
| 2 | State Bar No. 11479 |
| | NISHA BROOKS-WHITTINGTON |
| 3 | 411 E. Bonneville Avenue, Ste. 250 |
| | Las Vegas, Nevada 89101 |
| 4 | Tel: (702) 388-6577 |
| | Fax: (702)388-6261 |
| 5 | |
| | Attorney for: GARY DEAN VANCE |
| 6 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:11-mj-461-RJJ |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CHECK HEARING** |
| vs. | (Second Request) |
| GARY DEAN VANCE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and NISHA BROOKS-WHITTINGTON, Assistant Federal Public Defender, counsel for GARY DEAN VANCE, that the status check hearing scheduled on Tuesday, July 10, 2012 at 1:30 p.m., be vacated and be continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Vance is currently participating in a ninety (90) day program called "Changes" in Mesa, Arizona, which provides drug and alcohol counseling. He is currently scheduled to complete the program on July 21, 2012.

2. Client does not oppose the request for a continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for a continuance of the status check hearing.

DATED : May 17, 2012

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
| By: / s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By: /s/ Nadia Janjua Ahmed<br>NADIA JANJUA AHMED<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:11-mj-461-RJJ |
|---|---|
| Plaintiff, | |
| vs. | FINDINGS OF FACT AND ORDER |
| GARY DEAN VANCE, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Vance is currently participating in a ninety (90) day program called "Changes" in Mesa, Arizona, which provides drug and alcohol counseling. He is currently scheduled to complete the program on July 21, 2012.

2. Client does not oppose the request for a continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for a continuance of the status check hearing.

## ORDER

The best interests of justice being served and the parties being in agreement:

IT IS THEREFORE ORDERED that the status check hearing scheduled on Tuesday, July 10, 2012 at 1:30 p.m. at 1:30 p.m., be vacated and continued to:

**Tuesday,** October ~~24~~ 23 at the hour of 1:30 p.m.

DATED this 22 day of May ,2012.

_____
UNITED STATES MAGISTRATE JUDGE

3