|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |
| | * * * | |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GARY VANCE,<br><br>　　　　　Defendant. | | Case No.: 2:11-mj-461-RJJ-RJJ<br><br>**ORDER TO CONVERT SENTENCE TO CREDIT FOR TIME SERVED, WAIVE $10 PENALTY ASSESSMENT FEE, AND CLOSE THE CASE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the previous sentence of a $1,000 fine, 100 hours of community service, completion of a DUI course and VIP be converted to credit for time Mr. Vance has already served in state and federal custody as well as his participation in a 90 day residential halfway house program.

IT IS FURTHER ORDERED that the $10 penalty assessment fee is waived and that this case is closed.

DATED this 9th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE